NUMBER 13-01-760-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

PAUL MORENO,                                                      Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

   On appeal from the 347th District
Court of Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

       Before
Chief Justice Valdez and Justices Hinojosa and Garza

                        Memorandum Opinion Per Curiam

                                                                              

Appellant, Paul
Moreno, attempts to appeal a conviction for unlawful possession of cocaine with
intent to deliver.  The trial court has
certified that this "is a plea‑bargain case, and the defendant has
NO right of appeal."  See Tex. R. App. P. 25.2(a)(2).








On March 2, 2004,
this Court notified appellant's counsel of the trial court's certification and
ordered counsel to: (1) review the record; (2) determine whether appellant has
a right to appeal; and (3) forward to this Court, by letter, counsel's findings
as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.

Counsel failed to
respond to this Court's order, and the appeal was abated and the matter was
referred to the trial court for further proceedings. The record of the
proceedings below fails to establish either that the certification currently on
file with this Court is incorrect or that appellant otherwise has a right to
appeal.

Rule 25.2(a)(2)
of the Texas Rules of Appellate Procedure provides that, in a plea bargain case
in which the punishment does not exceed the punishment recommended by the
prosecutor and agreed to by the defendant, a defendant may appeal only those
matters that were raised by written motion filed and ruled on before trial, or
after obtaining the trial court's permission to appeal.  Tex.
R. App. P. 25.2(a)(2).  According
to the clerk=s record, no written motions were filed and ruled on
before trial and the trial court did not grant appellant permission to appeal.
Further, appellant expressly waived his right to appeal.








The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court's certification does not show that the defendant has the right of appeal.
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.  The trial court's rule 25.2(d) certification
states that appellant has no right to appeal, and the certification is supported
by the record.  See Tex. R. App. P. 25.2(d); Dears v.
State, 154 S.W.3d 610, 614‑15 (Tex. Crim. App. 2005).  Accordingly, this appeal is DISMISSED.  Any pending motions are denied as moot.

 

PER CURIAM

 

 

Do not publish.  

Tex. R. App. P. 47.2(b).

Memorandum opinion delivered and filed

this 4th day of August, 2005.